IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA,

                Plaintiff,

v.

ASSOCIATED BANK, N.A.,

                Defendant.

ORDER

15-cv-499-jdp

---

I am disqualifying myself in this case pursuant to 28 U.S.C. § 455.

Entered October 29, 2015.

BY THE COURT:

_____
JAMES D. PETERSON
District Judge